judgment in a critical situation. Therefore, the proposed order will not be enforced.

Judge MERRILL would enforce.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**VANGAS, INC., Respondent.**

**No. 23429.**

United States Court of Appeals
Ninth Circuit.

Aug. 11, 1969.

Glen M. Bendixsen (argued), Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Paul J. Spielberg, Atty., Washington, D. C., Roy O. Hoffman, Director, N.L.R.B., San Francisco, Cal., for petitioner.

Blaine Pettitt (argued), of Pettitt, Blumberg & Sherr, Fresno, Cal., Le Prohn & Le Prohn, San Francisco, Cal., for respondent.

Before CHAMBERS and MERRILL, Circuit Judges, and POWELL, District Judge.

PER CURIAM:

We find that the discharge of Allen Robins cannot be said to show any anti-union bias and cannot be said to be anything but the exercise of sound business

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lester Alvin YOUPEE, Jr., Defendant-Appellant.**

**No. 23824.**

United States Court of Appeals
Ninth Circuit.

Aug. 11, 1969.

Ward Swanser (argued), Billings, Mont., for appellant.

Otis L. Packwood (argued), Asst. U. S. Atty., Moody Brickett, U. S. Atty., Clifford E. Schleusner, Asst. U. S. Atty., Butte, Mont., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and POWELL, District Judge.

PER CURIAM:

We think in this case too much possibility of a conflict between two defendants did develop on the eve of trial to continue to permit one court-appointed lawyer to represent both defendants.

Therefore, the judgment is reversed.